# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DUKE F. CRANFORD,

    Plaintiff,

v.                                CASE NO. 4:10cv10-RH/WCS

FLORIDA DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 10) and the objections (document 11). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on March 27, 2010.

                                              s/Robert L. Hinkle
                                              United States District Judge